| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Jon Cederberg (76034) |
| 2 | Michael Lifrak (210846) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 4 | Facsimile: (213) 443-3100 |
| 5 | Attorneys for Plaintiff R.D. Hubbard |
| 6 | BRIOL & ASSOCIATES, PLLC |
| | Mark J. Briol (*pro hac vice*) |
| 7 | William G. Carpenter (172298) |
| | 3700 IDS Center |
| 8 | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| 9 | Telephone: (612) 337-8410 |
| | Facsimile: (612) 337-5151 |
| 10 | |
| | GIBSON, DUNN & CRUTCHER LLP |
| 11 | David A. Battaglia (130474) |
| | Gabriel J. Pasette (217724) |
| 12 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |
| 13 | Telephone: (213) 229-7000 |
| | Facsimile: (213) 229-7520 |
| 14 | |
| | Attorneys for Defendants |
| 15 | Pinnacle Entertainment, Inc. and Daniel R. Lee |

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

LODGED
2007 FEB 22 AM 11:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 21 | R.D. HUBBARD, | CASE NO. CV 05 01308-DSF (VBKx) |
| 22 | Plaintiff, | |
| 23 | vs. | |
| 24 | PINNACLE ENTERTAINMENT, INC., et al., | STIPULATION OF DISMISSAL |
| 25 | Defendants. | |

DOCKETED ON CM
FEB 26 2007
145

177

04019/2062545.1

Case No. CV 05 01308-DSF (VBKx)

STIPULATION OF DISMISSAL

|     |     |     |
| --- | --- | --- |
| 1   | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). | |
| 2   | | |
| 3   | | |
| 4   | | |
| 5   | DATED: February 21, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 6   | | |
| 7   | | By _____ |
| 8   | | Jon C. Cederberg<br>Attorneys for Plaintiff R.D. HUBBARD |
| 9   | | |
| 10  | DATED: February ___, 2007 | BRIOL & ASSOCIATES, PLLC |
| 11  | | |
| 12  | | |
| 13  | | By _____ |
| 14  | | William G. Carpenter<br>Attorneys for Pinnacle Entertainment, Inc., and Daniel R. Lee |

04019/2062545 1

Case No. CV 05 01308-DSF (VBKx)

STIPULATION OF DISMISSAL

|  |  |  |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through | |
| 2 | their designated counsel that the above-captioned action be and hereby is dismissed with prejudice | |
| 3 | pursuant to FRCP 41(a)(1). | |

DATED: February ___, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
Jon C. Cederberg
Attorneys for Plaintiff R.D. HUBBARD


DATED: February 21, 2007    BRIOL & ASSOCIATES, PLLC


By /s/ William D. Carpenter
William G. Carpenter
Attorneys for Pinnacle Entertainment, Inc., and Daniel R. Lee

04019/2062545.1

Case No. CV 05 01308-DSF (VBKx)
STIPULATION OF DISMISSAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 22, 2007, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL** on the parties in this action as follows:

### SEE ATTACHED LIST

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2007, at Los Angeles, California.

_____
P.J. Benet-Davis

## SERVICE LIST

| | |
|---|---|
| BRIOL & ASSOCIATES, PLLC<br>Mark J. Briol, Esquire<br>William G. Carpenter, Esquire<br>3700 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: 612.337.8410<br>Facsimile: 612.337.5151 | Attorneys for Defendants<br>PINNACLE ENTERTAINMENT, INC.<br>and DANIEL R. LEE |
| GIBSON, DUNN & CRUTCHER LLP<br>David A. Battaglia, Esquire<br>Gabriel J. Pasette, Esquire<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Attorneys for Defendants<br>PINNACLE ENTERTAINMENT, INC.<br>and DANIEL R. LEE |